**THE LAW OFFICE OF ELLIOT M. ELO, ESQ. PLLC**
42 West 48th Street, Floor 2, New York, New York 10036-1701
Telephone (212) 302-1257 | Facsimile (212) 302-1658 | elliot@elolawfirm.com

November 12, 2026

VIA ECF

Hon. Ann M. Donnelly
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: *Coleman v. Experian Information Solutions, Inc.*, No. 1:26-cv-05519-AMD-RML: Request for Leave to File Opposition Package Out of Time, or Extension Nunc Pro Tunc, Under Individual Practice Rule 2E and Local Civil Rule 6.1**

Dear Judge Donnelly:

Plaintiff Eva Coleman respectfully requests leave to file the enclosed opposition package out of time, or, in the alternative, an extension nunc pro tunc of the time to oppose Defendant Experian Information Solutions, Inc.'s motion to compel arbitration and to stay this action (ECF Nos. 20–22), so that the enclosed papers, served with this letter, are accepted as filed on November 12, 2026. Plaintiff states the matters required by Rule 2E of Your Honor's Individual Practices and Rules as follows.

The original date was Tuesday, November 10, 2026. The motion was filed and served through ECF on October 27, 2026, and under Local Civil Rule 6.1(b) opposing papers were due within fourteen days after service. No order of the Court has set a different date. The proposed date is November 12, 2026, the date of this letter. The opposition is therefore two days late, and this request is necessarily made after the deadline rather than at least forty-eight hours before it, as Rule 2E ordinarily requires. Plaintiff does not characterize the request as timely and asks the Court to accept the papers nunc pro tunc in its discretion.

The number of previous requests for an adjournment or extension is none. No previous request has been made in this action, so no previous request has been granted or denied. The requested relief affects no other scheduled date: the motion is undecided, no briefing schedule has been set, and Defendant's time to reply, seven days after service of the answering papers under Local Civil Rule 6.1(b), runs from service of the enclosed papers and is unaffected in length.

Defendant has not consented to this request. Plaintiff states that fact without representing a reason: no consent has been given, and Plaintiff does not attribute to Defendant any stated ground of refusal. If the Court prefers, Plaintiff will confer with Defendant's counsel promptly and report Defendant's position by supplemental letter.

The circumstances are stated candidly and briefly. During the window in which the opposition was due, Plaintiff prepared and presented a response to the motion on a consent basis. Plaintiff has since directed that the motion be opposed. The opposition papers are complete, are enclosed, and are served on Defendant with this letter, so the two-day delay has not held any paper back from Defendant or from the Court beyond the delay itself. The motion stands unopposed on the docket and undecided, and acceptance of the enclosed papers will place the motion under full adversarial submission on the papers as served.

The enclosed package consists of Plaintiff's Memorandum of Law in Opposition and in support of her cross-motion, the Declaration of Eva Coleman, the Declaration of Elliot M. Elo, Esq. with Exhibits A and B, the Notice of Cross-Motion, the Demand for Jury Trial under 9 U.S.C. § 4, a [Proposed] Order, and a Certificate of Service. A word-processing copy of the [Proposed] Order will be emailed to chambers in accordance with Rule 2D if the Court grants leave and the package is filed. No courtesy copy is enclosed, in accordance with Rules 1 and 2C, and a copy will of course be provided if the Court requests one.

Plaintiff reserves the right to respond, object, supplement, or otherwise act earlier than any date stated in this correspondence; no date stated here limits Plaintiff's right to proceed at any time the rules or the Court's orders permit. Plaintiff respectfully requests that the Court grant leave and accept the enclosed opposition package as filed on November 12, 2026, or grant such other relief as the Court deems appropriate.

Respectfully submitted,

/s/ Elliot M. Elo
Elliot M. Elo, Esq.
THE LAW OFFICE OF ELLIOT M. ELO, ESQ. PLLC
Attorneys for Plaintiff Eva Coleman

cc: Christian Fletcher, Esq. and Michael D. Shriner, Esq., counsel for Defendant (via ECF)