UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---x

EVA COLEMAN,
Plaintiff,

- against -

EXPERIAN INFORMATION SOLUTIONS, INC.,
Defendant.

---x

No. 1:26-cv-05519-AMD-RML

**DECLARATION OF EVA COLEMAN**

I, Eva Coleman, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am the Plaintiff in this action.

2. I make this declaration from my own personal knowledge.

3. I have never held an account of any kind with Experian Information Solutions, Inc.

4. I have never held an account of any kind with ConsumerInfo.com, Inc.

5. I have never enrolled in the CreditWorks product at any tier, whether free or paid, on or about September 17, 2020 or at any other time.

6. I have never paid any money to Experian Information Solutions, Inc.

7. I have never paid any money to ConsumerInfo.com, Inc.

8. I have never received a welcome email or enrollment confirmation from Experian Information Solutions, Inc. or ConsumerInfo.com, Inc.

9. I have never received any Terms of Use or any update to any Terms of Use from Experian Information Solutions, Inc. or ConsumerInfo.com, Inc.

10. I obtained the June 4, 2026 consumer disclosure that is Exhibit A to the complaint in this action through the website AnnualCreditReport.com.

11. I did not obtain that disclosure through any Experian account.

12. I never clicked any button to create an account with Experian Information Solutions, Inc. or ConsumerInfo.com, Inc.

13. I never accepted or agreed to any Terms of Use of Experian Information Solutions, Inc. or ConsumerInfo.com, Inc.

14. I never agreed to arbitrate any claim against Experian Information Solutions, Inc.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 12, 2026.

/s/ Eva Coleman
Eva Coleman