UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

EVA COLEMAN,
Plaintiff,

- against -

EXPERIAN INFORMATION SOLUTIONS, INC.,
Defendant.

---------------------------------------------------------------x

No. 1:26-cv-05519-AMD-RML

**DECLARATION OF ELLIOT M. ELO, ESQ.**

Elliot M. Elo, Esq., declares under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am counsel for Plaintiff Eva Coleman in this action.

2. I make this declaration from my own personal knowledge and from the records of this action.

3. On October 12, 2026, counsel for Defendant wrote to me proposing that the parties stipulate to arbitration of this action.

4. The October 12, 2026 proposal asserted that Plaintiff had been a member of the CreditWorks product since September 17, 2020.

5. On October 13, 2026, I declined the proposal on Plaintiff's behalf.

6. My October 13, 2026 declination expressly reserved all of Plaintiff's rights, including the right to assert waiver of any right to compel arbitration.

7. On October 13, 2026, Defendant filed its Answer in this action (ECF No. 11).

8. The Seventh Affirmative Defense in the Answer alleges on information and belief that Plaintiff's claims may be the subject of an arbitration agreement.

9. The Answer's prayer for relief asks that this action be dismissed in its entirety.

10. On October 13, 2026, Plaintiff moved to strike the Seventh Affirmative Defense under Rule 12(f) of the Federal Rules of Civil Procedure (ECF Nos. 12–14).

11. On October 27, 2026, Defendant filed its opposition to the motion to strike (ECF No. 19).

12. On October 27, 2026, Defendant filed the motion to compel arbitration that is the subject of Plaintiff's opposition and cross-motion (ECF Nos. 20–22).

13. At no time before October 27, 2026 did Defendant move to compel arbitration or seek a stay of this action pending arbitration.

14. A true and correct copy of Defendant's October 12, 2026 proposal described in paragraphs 3 and 4 is attached hereto as Exhibit A.

15. A true and correct copy of my October 13, 2026 declination described in paragraphs 5 and 6, as sent, is attached hereto as Exhibit B.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 12, 2026.

/s/ Elliot M. Elo

Elliot M. Elo, Esq.
THE LAW OFFICE OF ELLIOT M. ELO, ESQ. PLLC
42 West 48th Street, Floor 2
New York, New York 10036-1701
Telephone: (212) 302-1257
Facsimile: (212) 302-1658
Cell (917) 923-2423
Email elliot@elolawfirm.com