UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---x

EVA COLEMAN,
Plaintiff,

- against -

No. 1:26-cv-05519-AMD-RML

EXPERIAN INFORMATION SOLUTIONS, INC.,
Defendant.

---x

# EXHIBIT A

October 12, 2026 email from Michael D. Shriner, Esq. to Elliot M. Elo, Esq., proposing a stipulation to arbitration

**Subject:** Stipulation to Arbitration – Coleman v. Experian
**From:** "Shriner, Michael D." <mshriner@goodwinlaw.com>
**Date:** 10/12/26, 11:03 PM
**To:** "Elliot M. Elo, Esq." <elliot@elolawfirm.com>
**CC:** "Vogt, John A." <javogt@goodwinlaw.com>

Hi Elliot,

Given the below paragraph in your complaint admitting that the Plaintiff in Coleman has an authenticated Experian account, will Plaintiff stipulate to arbitration in both Coleman cases? Plaintiff has been a CreditWorks member since 9/17/2020.

> 58. Section 1681g(a) contains no exception permitting a consumer reporting agency to mask or truncate account numbers in a consumer file disclosure made to the consumer herself, being subject only to the identification requirements of 15 U.S.C. § 1681h(a)(1), and Plaintiff satisfied all identification requirements, as demonstrated by the fact that Defendant authenticated Plaintiff and delivered the Disclosure to her through her own account on Defendant's website.

Thanks,
Michael

**Michael Shriner**
*he/him/his*
Associate

GOODWIN

Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
o +1 617 570 1226
f +1 617 523 1231
mshriner@goodwinlaw.com

*******************************************************************

This message was sent from Goodwin Procter LLP and is intended only for the designated

recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.

*****************************************************************