UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------x

EVA COLEMAN,
Plaintiff,

- against -

EXPERIAN INFORMATION SOLUTIONS, INC.,
Defendant.

--------------------------------------------------------x

No. 1:26-cv-05519-AMD-RML

**NOTICE OF CROSS-MOTION FOR FORMATION-ONLY DISCOVERY AND A JURY TRIAL ON THE ISSUE OF CONTRACT FORMATION**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Opposition to Defendant's Motion to Compel Arbitration and in Support of this Cross-Motion, the Declaration of Eva Coleman, the Declaration of Elliot M. Elo, Esq., and all prior proceedings in this action, Plaintiff Eva Coleman will move this Court, at a date and time to be set by the Court, for an order:

(a) in the alternative to outright denial of Defendant's motion to compel arbitration (ECF Nos. 20–22), directing discovery limited to the issue of whether an agreement to arbitrate was made between Plaintiff and Defendant or ConsumerInfo.com, Inc., over a period of ninety (90) days from the date of the Court's order, and in no event fewer than sixty (60) days, sequenced so that written discovery, including production of the enrollment records described in the accompanying Memorandum of Law, precedes the deposition of Dan Smith and of any custodian of the enrollment records;

(b) holding all merits discovery and merits deadlines in abeyance pending completion of formation-only discovery and the trial of the formation issue; and

(c) referring the issue of the making of the alleged agreement to arbitrate to a jury for trial pursuant to 9 U.S.C. § 4, on Plaintiff's demand, upon completion of formation-only discovery.

To the extent the Court's Individual Practices require a pre-motion conference for the alternative relief requested in this cross-motion, Plaintiff requests that this notice serve as the request for such a conference, or that the Court deem the requirement satisfied or waived in light of the fact that the cross-motion is raised within Plaintiff's opposition to Defendant's pending motion.

Dated: New York, New York

November 12, 2026

THE LAW OFFICE OF ELLIOT M. ELO, ESQ. PLLC

/s/ Elliot M. Elo
Elliot M. Elo, Esq.
42 West 48th Street, Floor 2
New York, New York 10036-1701
Telephone: (212) 302-1257
Facsimile: (212) 302-1658
Cell (917) 923-2423
Email elliot@elolawfirm.com

Attorneys for Plaintiff Eva Coleman