UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---x

EVA COLEMAN,
Plaintiff,

- against -

No. 1:26-cv-05519-AMD-RML

EXPERIAN INFORMATION SOLUTIONS, INC.,
Defendant.

---x

**[PROPOSED] ORDER**

Upon consideration of Defendant's motion to compel arbitration and to stay this action (ECF Nos. 20–22), Plaintiff's opposition and cross-motion, and the declarations and memoranda submitted, and for the reasons stated on the record / in the accompanying memorandum decision, it is hereby ORDERED as follows. The Court adopts one of the two alternative dispositions below and strikes the other.

**BRANCH A — MOTION DENIED**

1. Defendant's motion to compel arbitration is DENIED.

2. Defendant's request for a stay of this action is DENIED.

3. Plaintiff's cross-motion is DENIED as moot.

4. The action shall proceed on its merits under the schedule set by further order of the Court.

**BRANCH B — IN THE ALTERNATIVE, FORMATION-ONLY DISCOVERY AND SECTION 4 JURY TRIAL**

1. Decision on Defendant's motion to compel arbitration is HELD IN ABEYANCE pending completion of the formation-only discovery and the jury trial ordered below. Defendant's request for a stay under 9 U.S.C. § 3 is DENIED.

2. Plaintiff's cross-motion is GRANTED to the extent set forth in this Branch.

3. The parties shall complete discovery limited to the issue of the making of the alleged agreement to arbitrate within ninety (90) days of this Order.

4. Written discovery shall be served and answered, and the documents described in Plaintiff's cross-motion papers shall be produced, before any deposition is taken under this Order.

5. All merits discovery and merits deadlines are held in abeyance pending further order.

6. Upon completion of formation-only discovery, the issue of the making of the alleged agreement to arbitrate shall be tried to a jury pursuant to 9 U.S.C. § 4, on Plaintiff's demand.

SO ORDERED.

Dated: Brooklyn, New York

_____________________, 2026

_________________________________
United States District Judge